# Court of Appeals
# of the State of Georgia

ATLANTA,  June 19, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1874.  MICHAEL L. POWELL v. THE STATE.**

On April 1, 2014, the trial court denied several motions filed by Michael Powell, including one for an out of time appeal.  Powell filed his notice of appeal on May 21, 2014.  We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed.  Powell, however, filed his notice of appeal 50 days after entry of the trial court's order.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Because Powell's notice of appeal is untimely, we lack jurisdiction to consider his appeal, which is hereby DISMISSED.

We note that, in his notice of appeal, Powell contends that he did not timely receive a copy of the order from the trial court.  If so, his remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem.  See id.; *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980). The re-entry of the order would begin anew the time for filing a notice of appeal.  See *Cambron*, supra.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 06/19/2014
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen *, Clerk.*